IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | |
| § | CRIMINAL NO. H-09-342 |
| ROBERT ALLEN STANFORD; § | (J. Hittner) |
| LAURA PENDERGEST-HOLT; § | |
| GILBERTO LOPEZ; § | |
| MARK KUHRT; and § | |
| LEROY KING § | |

## ORDER ON UNOPPOSED MOTION TO TRAVEL

On this day came on to be heard LAURA PENDERGEST-HOLT's Unopposed Motion to Travel.

The Court having examined the foregoing motion, and being of the opinion that it should be GRANTED.

It is hereby ORDERED that LAURA PENDERGEST-HOLT is hereby permitted to travel with her husband for the Christmas Holidays to visit her father in Baldwyn, MS, as well as her sister in Corinth, MS, on the following dates:

1) Drive to Baldwyn, MS, the day of December 23, 2009 and, thereafter to Corinth, MS; and,

2) Return to Wilmington, NC the day of December 27, 2009.

SIGNED on the \_\_\_\_21\_\_\_\_ day of December, 2009.

*[signature]*

DAVID A. HITTNER
UNITED STATES DISTRICT JUDGE