Case 4:09-cr-00342   Document 218   Filed in TXSD on 04/29/10   Page 1 of 1
Case 4:09-cr-00342   Document 218   Filed in TXSD on 04/29/10   Page 1 of 2
Case 4:09-cr-00342   Document 216   Filed in TXSD on 04/28/10   Page 3 of 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal No. H-09-00342 |
| | § | |
| GILBERT LOPEZ | § | Judge David Hittner |

### ORDER

On Gilbert Lopez's Unopposed Motion to Permit Travel Outside Harris County and Surrounding Counties, the Court finds that the Motion is:

 **X**  GRANTED for travel to Santa Fe and Llano, New Mexico from May 21, 2010 through May 30, 2010.

_____ DENIED

Signed in Houston, Texas, on *Apr 29*, 2010.

_____
UNITED STATES DISTRICT JUDGE