IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Criminal Action No. H-09-342 |
| ROBERT ALLEN STANFORD, LAURA PENDERGEST-HOLT, GILBERTO LOPEZ, and MARK KUHRT. | § § § § | |

## ORDER

Pending before the Court is Defendant Pendergest-Holt's Motion for Severance (Document No. 244). Defendants Gilberto Lopez and Mark Kuhrt filed unopposed motions to adopt Laura Pendergest-Holt's motion for severance (Document Nos. 246 and 247, respectfully), which the Court granted. Having considered the pending motion, submissions, and applicable law, the Court determines the motion should be granted. Accordingly, the Court hereby

ORDERS that Defendant Pendergest-Holt's Motion for Severance (Document No. 244), joined by Defendants Lopez and Kuhrt, is GRANTED. The Court further

ORDERS that Defendant Robert Allen Stanford shall proceed to trial as scheduled on January 24, 2011 at 10:00 a.m. Defendants Pendergest-Holt, Lopez, and Kuhrt will jointly proceed to trial thereafter.

SIGNED at Houston, Texas, on this the **23** day of June, 2010.

*David Hittner*
DAVID HITTNER
United States District Judge